1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GLOBAL FINANCIAL AND LEASING SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RMP SAFETY SERVICES INC, *et al.*,<br><br>Defendants. | Case No. 8:23-cv-02364-FLA (KESx)<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS CROSSCLAIMS AGAINST NONPARTY DEFENDANT ALPHA WATERS TECHNOLOGIES, LLC (DELAWARE) FOR LACK OF PROSECUTION** |
|---|---|

1

On December 14, 2023, Plaintiff Global Financial and Leasing Services, LLC ("Plaintiff") filed the instant Complaint against Defendants Alpha Water Technologies LLC ("Alpha"), RMP Safety Services Inc. d/b/a American Safety Group ("RMP"), Alfredo Valdez ("Valdez"), Michael Smith, and Michael Watters (collectively, "Defendants").  Dkt. 1 ("Compl.").

Plaintiff alleges Alpha is a California limited liability company ("LLC") that maintains its principal place of business in Los Alamitos, California. *Id.* ¶ 4.  When registering with the California Secretary of State, Alpha listed its principal address as "10581 Bloomfield St., Los Alamitos, CA 91737."  *See* https://bizfileonline.sos.ca.gov/search/business.  On February 7, 2024, Plaintiff served Alpha at this address.  Dkt. 39.

On March 12, 2024, Defendants RMP and Valdez filed an Answer to Complaint and Crossclaims ("Crossclaims").  Dkt. 41.  They name "ALPHA WATER TECHNOLOGIES LLC" as a cross-defendant ("Alpha (Placentia, CA)") and allege it is a Delaware LLC doing business in California.  *Id.* at 19 ¶ 5 (capitalization in original).  RMP and Valdez also attached a proposed summons, which listed Alpha (Placentia, CA) as located at "115 Majorca Place, Placentia, CA 92870."  Dkt. 41-1 (capitalization in original).  However, this entity described by RMP and Valdez does not appear on the California Secretary of State's website.  *See* https://bizfileonline.sos.ca.gov/search/business.  RMP and Valdez never filed proof of service for Alpha (Los Alamitos, CA) and did not file as part of their Answer a third-party complaint against nonparty Alpha (Placentia, CA).  *See* Fed. R. Civ. P. 14(a)(1) ("A defending party may, as third-party plaintiff, serve a summons and complaint on a nonparty who is or may be liable to it for all of part of the claim against it.").

Accordingly, the court ORDERS RMP and Valdez to Show Cause ("OSC") in writing within fourteen (14) days of this order why the court should not dismiss their crossclaims as to nonparty Alpha (Placentia, CA) for lack of prosecution.  *See* Fed. R. Civ. P. 4(m) (a complaint must be served within 90 days), 13 (allowing a pleading to

include a compulsory or permissive counterclaim "against an opposing party" or a crossclaim "against a coparty"), 41(b) (the court may dismiss an action or claim for failure to prosecute).  Failure to respond timely may result in the dismissal of crossclaims against Alpha (Placentia, CA) without further notice.

IT IS SO ORDERED.

Dated: August 12, 2024

                FERNANDO L. AENLLE-ROCHA
                United States District Judge